# LEWIS BRISBOIS BISGAARD & SMITH LLP
### ATTORNEYS AT LAW

77 Water Street, Suite 2100
New York, New York 10005
Telephone: 212.232.1300
Fax: 212.232.1399
www.lewisbrisbois.com

**SANA SUHAIL**
DIRECT DIAL: 212.232.1375
SANA.SUHAIL@LEWISBRISBOIS.COM

March 22, 2018

*Via The Court's CM/ECF Filing System*
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Sanders v. Greystar Management, L.P. et. al.
      Docket No. 1:17-cv-09089-LGS

Dear Judge Schofield:

We represent defendants Greystar Management Services L.P., GREP General Partner LLC and Greystar Real Estate Partners LLC ("Greystar") in the above-referenced matter.

This will confirm that the matter has been settled. The parties are working on the settlement papers and a Stipulation of Dismissal will be filed with the Court shortly.

Thank you for your attention to this matter.

Very truly yours,

Sana Suhail of
LEWIS BRISBOIS BISGAARD & SMITH LLP

SS

cc:   All counsel via ECF